IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAYMOND JONES,  :
    Petitioner,  :
    v.  : Case No. 3:17-cv-110-KRG-KAP
E. BRADLEY, WARDEN,  :
F.C.I. LORETTO,  :
    Respondent  :

<u>Memorandum Order</u>

This matter has been referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636 and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on December 7, 2017, ECF no. 7, recommending that the petition be dismissed for lack of prosecution (failure to pay service costs) and noting that in any case the court lacked jurisdiction over the claim asserted in the petition. The petitioner was notified that pursuant to 28 U.S.C.§ 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. The petitioner filed timely objections claiming that he had paid the service costs, but made no objection to the portion of the Report and Recommendation addressing the court's jurisdiction.

After *de novo* review of the record of this matter and the Report and Recommendation, the following order is entered:

AND NOW, this 24th day of May 2019, it is

ORDERED that the petition is dismissed for lack of jurisdiction without prejudice to any appropriate proceedings before the sentencing court. The discussion of jurisdiction in the Report and Recommendation at ECF no. 7 is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

>Raymond Jones, Reg. No. 11681-067
>F.C.I. Loretto
>P.O. Box 1000
>Loretto, PA 15940